UNITED STATES DISTRICT COURT OF ALABAMA
FOR THE MIDDLE DISTRICT
NORTHERN DIVISION

RECEIVED
2006 MAR -7 P 3: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| VALERIE KING, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:06cv217-CSC |
| MARKET SQUARE, INC., et al., | * |
| Defendants. | * |

**NOTICE OF REMOVAL**

COMES NOW the Defendant, Market Square, Inc., and removes this case to the United States District Court of Alabama, Northern Division. In support of said removal, the Defendant states as follows:

1. The Plaintiff, upon information and belief, is a current resident of the State of Alabama and resides in Montgomery County.

2. The Defendant, Market Square, Inc., is a Georgia corporation with its principal place of business in Marietta, Georgia.

3. Jurisdiction for this cause is based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(a). The Complaint alleges that the Plaintiff, Valerie King, suffered various injuries when she slipped and fell on the premises of the Defendant on or about September 4, 2004. (See Exhibit A, Complaint). The Complaint seeks an unspecified sum of compensatory and punitive damages.

4. In addition to the complete diversity, upon information and belief, the Defendant believes the Complaint seeks an amount in controversy greater than $75,000.00, exclusive of

interest and costs. The Defendant notes that the initial settlement demand posed to it by Plaintiff's counsel was well in excess of the jurisdictional limit.

5. Upon the filing of this notice, the Defendant has given written notice thereof to the attorney for the Plaintiff. Further, the Defendant has filed a copy of the removal proceedings and notice with the Circuit Court Clerk of Montgomery County, Alabama, all in accordance with applicable law.

WHEREFORE, the Defendant prays that the removal of said cause to the United States District Court for the Middle District of Alabama, Northern Division, be effected and no further or other proceedings may be had with respect to this matter in the Circuit Court of Montgomery County, Alabama, pending a final decision and determination of controversy in the United States District Court.

Respectfully submitted this the 7th day of March, 2006.

_____
S. ANTHONY HIGGINS (HIG014)
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103-4128
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing has been served upon:

Cathy B. Donohoe
Donohoe & Stapleton
2781 Zelda Road
Montgomery, AL 36106

by placing the same in the United States Mail, postage prepaid, on this the ___7th___ day of ___March___, 2006.

_____
OF COUNSEL