UNITED STATES DISTRICT COURT OF ALABAMA
FOR THE MIDDLE DISTRICT
NORTHERN DIVISION

VALERIE KING,                               *
                                            *
        Plaintiff,                          *
                                            *
v.                                          * CIVIL ACTION NO. 2:06CV217CSC
                                            *
MARKET SQUARE, INC., et al.,                *
                                            *
        Defendants.                         *

RECEIVED
2006 MAR -7 P 3: 50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**ANSWER OF MARKET SQUARE, INC.**

COMES NOW the Defendant, Market Square, Inc., and answers the Plaintiff's Complaint as follows:

1. The Defendant has insufficient information or knowledge to admit or deny the allegations of this paragraph. Accordingly, all allegations of this paragraph are denied.

2. Admitted.

3. This paragraph requires no response from this Defendant at this time.

4. This paragraph requires no response from this Defendant at this time.

5. This paragraph requires no response from this Defendant at this time.

6. This paragraph requires no response from this Defendant at this time.

7. This paragraph requires no response from this Defendant at this time.

8. This paragraph requires no response from this Defendant at this time.

9. This paragraph requires no response from this Defendant at this time.

10. This paragraph requires no response from this Defendant at this time.

11. This paragraph requires no response from this Defendant at this time.

12. This paragraph requires no response from this Defendant at this time.

13. This paragraph requires no response from this Defendant at this time.

14. This paragraph requires no response from this Defendant at this time.

15. This paragraph requires no response from this Defendant at this time.

16. This paragraph requires no response from this Defendant at this time.

17. The Defendant has insufficient information or knowledge to admit or deny the allegations of this paragraph. Accordingly, all allegations of this paragraph are denied.

18. The Defendant denies all liability and demands strict proof thereof.

19. The Defendant denies all liability and demands strict proof thereof.

20. The Defendant denies all liability and demands strict proof thereof.

21. The Defendant denies all liability and demands strict proof thereof.

## DEFENSES

1. The Defendant denies all liability and demands strict proof thereof.

2. The Defendant pleads the open and obvious doctrine as a defense.

3. The Defendant pleads lack of notice as a defense.

4. The Defendant pleads contributory negligence as a defense.

5. The Defendant pleads the defense of assumption of the risk.

6. The Defendant pleads the lack of causal relation defense.

7. The Defendant asserts that the condition alleged by the Plaintiff in her Complaint may have been caused by the actions or inactions of others.

8. The Defendant pleads the general issue.

9. To the extent the Plaintiff seeks the recovery of punitive damages, said recovery

is subject to the limitations imposed by the Code of Alabama, the Alabama Constitution and the United States Constitution.

                                                 S. ANTHONY HIGGINS (HIG014)
                                                 Attorney for Market Square, Inc.

## DEFENDANT REQUESTS A TRIAL BY STRUCK JURY ON ALL ISSUES

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

      I hereby certify that an exact copy of the foregoing instrument has been served on:

Cathy B. Donohoe
Donohoe & Stapleton
2781 Zelda Road
Montgomery, AL 36106

either by facsimile or by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 7th day of March, 2006.

                                                 OF COUNSEL