**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 13, 2006

# NOTICE OF REASSIGNMENT

Re:    Valerie King v. Market Square, Inc.
       Civil Action No. #2:06-cv-00217-CSC

The above-styled case has been reassigned to Judge W. Harold Albrittion, III.

Please note that the case number is now #2:06-cv-00217-WHA.  This new case number should be used on all future correspondence and pleadings in this action.