IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALERIE KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv217-WHA |
| ) | |
| MARKET SQUARE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case has been reassigned to the undersigned judge. The parties filed a Report of Parties Planning Meeting before reassignment of the case and suggested a trial in June, 2007. The closest term to that date available to the undersigned is the term commencing July 9, 2007. It is hereby

ORDERED that the parties are given **until April 21, 2006**, to file an Amended Report of Parties Planning Meeting, if they wish to do so, requesting different deadlines in anticipation of a July 9 trial. In the absence of the filing of such an Amended Report, the court will enter consider the deadlines requested in the Report which has been filed, and will enter a scheduling order.

DONE this 13th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE