UNITED STATES DISTRICT COURT OF ALABAMA
FOR THE MIDDLE DISTRICT
NORTHERN DIVISION

| | |
|---|---|
| VALERIE KING, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CIVIL ACTION NO. 2:06cv217-CSC |
| | * |
| MARKET SQUARE, INC., et al., | * |
| | * |
| Defendants. | * |

**DEFENDANTS' MOTION FOR ENTRY OF HIPAA ORDER**

COMES NOW the Defendant, by and through counsel, and respectfully requests this Honorable Court to sign and enter the attached HIPAA Order in this case. Said Order is necessary so that the Defendant may obtain medical records which are relevant and material to the personal injury claim asserted against the Defendant by the Plaintiff in this case.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this Honorable Court to sign and enter the attached HIPAA Order so that the Defendant may utilize said order to begin discovery of relevant and material medical information with respect to the Plaintiff.

Respectfully submitted this the 15th day of May, 2006.

/s/ S. Anthony Higgins
S. ANTHONY HIGGINS
Attorney for Market Square, Inc.

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 15th day of May, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Cathy B. Donohoe
Donohoe & Stapleton
2781 Zelda Road
Montgomery, AL 36106

                                     /s/S. Anthony Higgins
                                     OF COUNSEL