UNITED STATES DISTRICT COURT OF ALABAMA
FOR THE MIDDLE DISTRICT
NORTHERN DIVISION

RECEIVED

2006 SEP 11  P 3: 13

| | | |
|---|---|---|
| VALERIE KING, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 2:06cv217-CSC |
| | * | |
| MARKET SQUARE, INC., et al., | * | |
| | * | |
| Defendants. | * | |

## STIPULATION OF DISMISSAL

COME NOW the Plaintiff and the Defendant, and stipulate as follows:

All issues between the parties have been resolved and, accordingly, all claims between the parties are due to be dismissed, with prejudice, with each party to bear their own costs.

Respectfully submitted this the __11th__ day of __September__, 2006.

_____
S. ANTHONY HIGGINS (HIG014)
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585

_____
CATHY DONOHOE
Attorney for Plaintiff

OF COUNSEL:
DONOHOE & STAPLETON
2781 Zelda Road
Montgomery, AL 36106

UNITED STATES DISTRICT COURT OF ALABAMA<br>FOR THE MIDDLE DISTRICT<br>NORTHERN DIVISION

| | |
|---|---|
| VALERIE KING, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CIVIL ACTION NO. 2:06cv217-CSC |
| | * |
| MARKET SQUARE, INC., et al., | * |
| | * |
| Defendants. | * |

## ORDER OF DISMISSAL

This cause coming on to be heard on the stipulation of dismissal of the Plaintiff and the Defendant, and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that all claims asserted by Valerie King against the Defendant are hereby dismissed, with prejudice, with each party to bear their own costs.

Done this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

cc: S. Anthony Higgins
    Cathy Donohoe